IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DRELIJAH JOSHUA MUHAMMAD, II,** a/k/a, **MARCUS ORLANDO TAITE,** AIS # 180664, | : |
| | : |
| Plaintiff, | : |
| vs. | :  **CIVIL ACTION 06-0228-BH-C** |
| **GEORGE McINTYRE, III, et al.,** | : |
| Defendants. | : |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice for lack of subject matter jurisdiction.

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the report and recommendation recommending the dismissal of this action, of this order adopting the report and recommendation, and of the judgment dismissing this action.

**DONE** this 17th day of October, 2006.

                                                        s/ W. B. Hand
                                                  SENIOR DISTRICT JUDGE